UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                         In Bankruptcy

**MCALLISTER, JOANNE,**                    Case No. 15-41431 TJT
                                                        Chapter 7
         Debtor(s)                             Hon. Thomas J. Tucker
_____/

**ORDER ADJOURNING SECTION 341 MEETING AND EXTENDING THE
DEADLINE TO FILE ACTIONS PURSUANT TO 11 U.S.C. §523 AND 11 U.S.C. §727**

       The Trustee and the Debtor(s), by undersigned counsel, stipulated to the entry of this order adjourning the section 341 meeting in this case March 18, 2015 at 9:00 a.m. to April 29, 2015 at 9:00 a.m., and to an extension of the deadline to file actions pursuant to 11 U.S.C. §523 and 11 U.S.C. §727 to June 29, 2015 which is sixty days after the adjourned section 341 meeting date.  Counsel for Debtor(s) shall immediately provide notice of the entry of the order to all interested parties and file a Certificate of Service.  The court being otherwise advised,

       IT IS SO ORDERED.

.

**Signed on March 24, 2015**

                                                   /s/ Thomas J. Tucker
                                                   Thomas J. Tucker
                                                   United States Bankruptcy Judge